UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CR. NO. 05-80469
                                HONORABLE PATRICK J. DUGGAN

D-2 ROSA BARAJAS-VALENCIA

    Defendants.
_____/

## **ORDER FOR TRAVEL EXPENSES**

Defendant, ROSA BARAJAS-VALENCIA, resides in Yuba City, California. She is scheduled to appear for a status conference in the Eastern District of Michigan, Southern Division, on July 23, 2008 at 2:00p.m. Pursuant to 18 U.S.C. § 4285, she has requested round trip non-custodial transportation/air fare and subsistence expenses for that purpose. This Court has found that defendant is indigent and appointed the Federal Defender Office to represent her.

IT IS THEREFORE ORDERED that the United States Marshal provide Defendant with noncustodial **round trip** air fare and subsistence from Yuba City California to Detroit, Michigan, for the purpose of appearing for the status conference at 2:00 p.m., on July 23, 2008.

    **SO ORDERED.**

                                  s/PATRICK J. DUGGAN
                                UNITED STATES DISTRICT JUDGE

Dated: July 18, 2008